[No. 64608-7-I.   Division One.   September 20, 2010.]

CAPITOL HILL HOUSING IMPROVEMENT PROGRAM, *Respondent*, v. CHRISTIAN BRYANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-30674-5, Julie A. Spector, J., entered November 18, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Grosse, J.

[No. 64631-1-I.   Division One.   September 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALLEN THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04228-1, Theresa B. Doyle, J., entered December 11, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Spearman, JJ.

[No. 65153-6-I.   Division One.   September 20, 2010.]

MICHAEL J. MAJOR, *Appellant*, v. ANDREW C. BOHRNSEN ET AL,, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-03143-1, Annette S. Plese, J., entered September 25, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Schindler, JJ.

[No. 38096-0-II.   Division Two.   September 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL RAY MAPLES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-01577-4, Thomas P. Larkin, J., entered July 25, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Van Deren, JJ.